UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIRSO MONTES;<br>JUSTIN ACEVEDO; and<br>KEVIN DELANEY | No. 18 CR 509<br><br>Judge Robert W. Gettleman |

**MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The indictment in this case charges each of the defendants with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3.  The government has discussed the proposed protective order with counsels for defendants, who do not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                Respectfully submitted,

                JOHN R. LAUSCH, JR.
                United States Attorney

By: /s/ Cornelius Vandenberg
                CORNELIUS VANDENBERG
                Assistant U.S. Attorney
                219 South Dearborn St., Rm. 500
                Chicago, Illinois 60604
                (312) 353-5310

Dated: November 13, 2018