# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 18 cr 509-1 |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| Tirso Montes, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Status hearing held on 8/13/2019. For the reasons stated on the record the Government's oral motion to dismiss the charges against Tirso Montes is granted. It is hereby ordered that this case is dismissed as to defendant Tirso Montes.

(00:03)
ENTER: August 13, 2019

_____
Robert W. Gettleman
United States District Judge